UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ELISE MAYES,                                             Civil No. 08-232 MJD/AJB

    Plaintiff,

v.                                                       **ORDER OF RECUSAL**

PFIZER, INC., ET AL.,

    Defendants.

---

    Pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby recuses himself in this matter. Motions currently pending are hereby stricken from the calendar and may be rescheduled before the reassigned Magistrate Judge.


Dated:  January 29, 2008                      s/ Arthur J. Boylan
                                                                      ARTHUR J. BOYLAN
                                                                      United States Magistrate Judge