CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–00232–MJD–SRN

Mayes v. Pfizer, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Chief Judge Michael J. Davis
Referred to: Magistrate Judge Susan R. Nelson
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 01/28/2008
Date Terminated: 06/19/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Elise Mayes**    represented by    **Ted G Meadows**
Beasley Allen Crow Methvin Portis &Miles, PC
PO Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**    represented by    **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**    represented by    **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**
*formerly known as*
G.D. Searle &Co.

represented by **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2008 | 1 | COMPLAINT against Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company ( Filing fee $ 350 receipt number 4019177.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Arthur J. Boylan., filed by Elise Mayes. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 01/28/2008) |
| 01/28/2008 |  | Summons Issued as to Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, Monsanto Company. (RJL) (Entered: 01/28/2008) |
| 02/02/2008 | 2 | ORDER OF RECUSAL. Magistrate Judge Arthur J. Boylan recused. Case reassigned to Magistrate Judge Susan R. Nelson for all further proceedings. The new case number is 08cv232 MJD/SRN. Signed by Magistrate Judge Arthur J. Boylan on 1/29/08. (JME) (Entered: 02/02/2008) |
| 05/20/2008 | 3 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 05/20/2008) |
| 05/20/2008 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 05/20/2008) |
| 05/20/2008 | 5 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC re 4 Rule 7.1 – Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 05/20/2008) |
| 06/19/2008 | 6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−103), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (RJL) (Entered: 06/19/2008) |
| 06/19/2008 |  | NOTICE: the case has been transferred/extracted to the Northern District of California (RJL) (Entered: 06/19/2008) |